1   Edouard V. Rosa State Bar #108600
    LAW OFFICES OF EDOUARD V. ROSA
2   28047 Dorothy Drive, Suite 305
    Agoura Hills, CA 91301
3   Tel.: 818-735-0590
4   Fax: 818-735-0594
    E-mail: evrosalaw@att.net
5
6   And

7   Marc H. Trachtenberg
    Burton S. Ehrlich
8   Ladas & Parry LLP
    224 South Michigan Avenue
9   Chicago, IL 60604
    Tel.: 312-427-1300
10  Fax: 312-276-8366
    Email: marct@ladas.net
11

JS6

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIANCE LAUNDRY SYSTEMS LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br><br>    vs.<br><br>GEORGE AJOURI, an individual<br><br>    Defendant. | Case No. CV 07-3163-GHK (PLAx)<br><br>**PROPOSED CONSENT JUDGMENT AND INJUNCTION** |

Pursuant to the resolution of this case as represented in Court on November 29, 2007, the above parties have agreed to the entry of this Consent Judgment and Injunction subject to the approval of this Court and have agreed to the jurisdiction of this Court over the subject matter and the parties,

1

ALS/201-402/003

*Based on the parties' consent, & as to those parties Only,* K

IT IS ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff, Alliance Laundry Systems LLC (hereinafter referred to as "Alliance"), is a corporation organized and existing under the laws of the State of Delaware and has its principal place of business at Shepard St., Ripon, Wisconsin 54971.

2. Defendant, George Ajouri (hereinafter referred to as "Ajouri"), is an individual who resides at 19722 Ingomar Street, Winnetka, California 91306 and who does business under the trade name Progress Parts & Equipment and who has done business as Systems Engineering and Automation, Inc., a California corporation that is now suspended.

3. On May 14, 2007, Alliance filed its Complaint against the Defendant alleging causes of action for unfair competition under federal and common law, cybersquatting, trademark infringement under federal and state law, and trademark dilution under federal and state law. The causes of action arise from, among other things, Defendant's use of the trademark, service mark, tradename and domain name CISSELL or CISSELL.COM.

4. The Defendant has appeared pro se on behalf of himself and his businesses and has filed an answer to the Complaint.

5. The parties have agreed to the entry of this Court Order for resolving these legal proceedings and any possible claims which any of the parties may have brought in said legal proceedings.

6. The Court has personal jurisdiction over the Defendant.

7. The Court has subject matter jurisdiction over this action.

8. Alliance is the owner of the service mark, trademark and trade name CISSELL. Alliance is also the owner of U.S. Trademark Registrations Nos. 778,485 and 1,352,444 for the mark CISSELL, which registrations are valid, subsisting registrations in full force and effect.

ALS/201-402/003

9. Defendant's actions have been alleged to constitute violations of the cybersquatting laws, trademark and unfair competition laws and other causes of action as set forth within the Complaint. Defendant has agreed to the resolution of this case as set forth in this Settlement Agreement and in the CONSENT JUDGMENT AND INJUNCTION.

10. Plaintiff and Defendant have entered into a Settlement Agreement (hereinafter referred to as the "Settlement Agreement") which is dated concurrently with the date shown on the attached approval by the Plaintiff and Defendant of the entry of this CONSENT JUDGMENT AND INJUNCTION.

11. The Defendant, George Ajouri, and any of his businesses, agents, servants, employees, attorneys and all persons in active concert or participation with such persons who receive notice, consistent with the provisions of the Settlement Agreement between the parties, incorporated by reference, are hereby enjoined and restrained from:

(a) Using the service mark, trademark, and trade name CISSELL, and any colorable imitations thereof, or any words, designs or representations confusingly similar thereto in connection with the advertising, offering for sale and/or sale of any services or products, including but not limited to, any use of such mark in a domain name upon the Internet;

(b) Otherwise from using or infringing the service mark, trademark, and trade name CISSELL, or from adopting or using confusingly similar marks, terms, or designations thereto, including but not limited to any use of such marks, terms, or designations as meta tags or otherwise upon the Internet, or in directing Internet traffic intended for Alliance's marks to Ajouri or his representatives;

//

//

//

ALS/201-402/003

(c) Unfairly competing with Plaintiff, Alliance Laundry Systems LLC (hereafter "Alliance") or diluting the distinctiveness of Alliance's marks, or Alliance's distinctive uses thereof, or injuring Alliance's business reputation in any manner, or interfering with Alliance's registration or use of the mark CISSELL and the domain name CISSELL.COM; and

(d) Causing a likelihood of confusion or misunderstanding as to source, sponsorship, approval or certification of Alliance's services or goods or as to affiliation, connection or association of them with, or approval of them by Alliance, or engaging in conduct tending to create a false commercial impression of Defendant's services, products, or any other conduct which similarly creates a likelihood of confusion, misunderstanding or false representation;

12. This Court adopts the terms of the Settlement Agreement and shall enforce the terms thereof as binding upon the parties.

13. The parties may consent in writing to a modification of the terms of this Consent Order and the Settlement Agreement.

14. The Complaint, and all potential or possible counterclaims, are hereby dismissed with prejudice in their entirety.

15. This order entered herein is PERMANENT and FINAL, and the Court herein retains jurisdiction for the enforcement of this order.

//
//
//
//
//
//
//
//

4

ALS/201-402/003

16. Each party shall bear its own Court costs and attorney's fees.

Dated: 1/25/08

_____
GEORGE H. KING
United States District Judge

Agreed and Approved:

For The Plaintiff, ALLIANCE LAUNDRY SYSTEMS LLC

By: _____
Title: V.P. – CLO -Secretary
Dated: 1/10/08

For The Defendant,
GEORGE AJOURI

By: _____
Title: An Individual
Dated: Jan. 14/2008

Approved as to form and content:

Marc H. Trachtenberg
Burton S. Ehrlich
Ladas & Parry LLP and
Edouard V. Rosa
Law Offices of Edouard V. Rosa

By: _____
Edouard V. Rosa
Attorneys for Plaintiff
ALLIANCE LAUNDRY SYSTEMS LLC

Dated: 1/16/08

George Ajouri

By: _____
GEORGE AJOURI
Defendant proceeding pro se

Dated: Jan. 14/2008

5

ALS/201-402/003

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 28047 Dorothy Drive, Suite 305, Agoura Hills, California 91301.

On **January 24, 2008**, I served the foregoing documents described as <u>PROPOSED CONSENT JUDGMENT AND INJUCTION</u> on <u>Defendant</u> acting pro se in this action by placing a true confirming copy thereof enclosed in a sealed envelope addressed as follows:

George Ajouri
19722 Ingomar Street
Winnetka, CA 91306

X   by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Agoura Hills, California addressed as set forth above.

    by personally delivering the document listed above to the addressee noted above.

    by transmitting via facsimile the document listed above to the party identified above. Said transmission was verified as complete and without error.

    By UPS/Express Mail/Federal Express/Certified Mail of the document listed above to the addressee noted above.

X   (Federal) I declare that I am employed in the offices of member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 24, 2008**, at Agoura Hills, California.

__Sonia E. Rosa__   *(signed)* Sonia E. Rosa
Type or print name                              Signature